IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:21cr311-2 |
| ) | |
| CRISTIAN GUTIERREZ RAMIREZ ) | |

**ORDER ON PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

This matter is before the Court upon request of the United States Probation Officer. (Docket Entry 71.) The Court has reviewed the Petition and finds cause for:

( ) No Action.

(X) The Issuance of a Warrant. For compelling reasons, the Order, Petition, and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the Order, Petition, and Warrant to the United States Probation Office, the United States Attorney's Office, and the United States Marshals Service.

( ) The Issuance of a Summons. Upon issuance of a Summons, the Petition shall be unsealed.

( ) Other:

**IT IS SO ORDERED.**

                                               /s/ L. Patrick Auld
                                                **L. Patrick Auld**
                                       **United States Magistrate Judge**

Date: September 23, 2025

PROB 12C
11/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: CRISTIAN GUTIERREZ RAMIREZ     Docket Number: 1:21CR311-2

Name of Sentencing Judicial Officer: The Honorable Thomas D. Schroeder

Date of Original Sentence: August 4, 2022

Original Offense: Felon in Possession of a Firearm in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Original Sentence: 15 months imprisonment followed by three years' supervised release.

May 15, 2024: Order on Judicial Compliance Review Hearing was filed.

August 21, 2024: Status hearing held. Continued to September 11, 2024, for a final hearing regarding revocation of supervised release.

September 11, 2024: Supervised release was revoked. Sentenced to 45 days followed by 24 months of supervised release.

Type of Supervision: Supervised Release     Date Supervision Commenced: November 10, 2024
    Date Supervision Expires: November 9, 2026

Assistant U.S. Attorney: Terry Meinecke     Defense Attorney: Eugene E. Lester III

---

## PETITIONING THE COURT

[X]   To issue a Warrant. For compelling reasons, this Petition and Warrant shall remain sealed until the Warrant is executed except as necessary for law enforcement to effect the arrest of the defendant. The Clerk shall provide a copy of the petition and Warrant to the U.S. Attorney's Office and the United States Marshals Service.

The probation officer believes that Mr. Ramirez has violated the following condition(s) of supervision:

**Violation 1 - You must not commit another federal, state or local crime.**

On September 4, 2025, warrants were issued in Mecklenburg County charging Mr. Ramirez with Felony Conspiracy, Felony Larceny of Motor Vehicle, and Felony Robbery with Dangerous Weapon (25CR404913-590). These offenses occurred on August 31, 2025. As of the date of this report, the warrant has not been served.

According to the incident report, Mr. Ramirez and three other individuals arrived at a residence in Charlotte, NC, while two people (victims) were getting out of their vehicle. One of the victims was held at gun point using an AR-P Draco style rifle and was robbed of his $2,200 watch. The second victim was held at gun point using a pistol. Mr. Ramirez and the other three suspects fled the scene in one of the victim's 2017 Audi A4. The stolen vehicle was located the next day in Salisbury, NC. Investigators believe Mr. Ramirez was the getaway driver during the offense. One of the suspects has been arrested while Mr. Ramirez and the remaining two suspects are still in the community.

**Violation 2 – You must not knowingly leave the federal judicial district where you are authorized reside without first getting permission from the court of the probation officer.**

Mr. Ramirez left the Middle District of North Carolina and traveled to the Western District of North Carolina (WD/NC) without permission from the probation officer on August 31, 2025. While he was in the WD/NC, Mr. Ramirez committed new criminal offenses as noted in Violation 1.

**Violation 3 – You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting permission of the probation officer.**

On August 31, 2025, Mr. Ramirez interacted with three other individuals during the commission of new criminal offenses. It is reported that Mr. Ramirez drove to the scene and acted as a getaway driver once the crimes were committed.

**Violation 4 – After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as directed.**

On November 10, 2024, Mr. Ramirez was enrolled in the random drug testing program, NAPP, that is conducted by the probation office. He signed the NAPP agreement consenting to the terms and conditions of NAPP which include reporting for a random drug test when notified to do so.

On March 18, 2025, Mr. Ramirez received a text notification at 4pm directing him to report for a random drug test the following day between 7:30am to 5:00pm. Mr. Ramirez **failed to report on March 19, 2025**, for his random drug screen and he failed to respond to the probation officer regarding his attendance.

On April 28, 2025, Mr. Ramirez reported to the probation office for his random drug screen as directed but could not produce a sample after two hours of waiting. He was directed to report back to the probation office the following morning to provide a urinalysis; however, he **failed to report on April 29, 2025**.

The probation officer has been attempting to reach out to Mr. Ramirez through text messaging since September 10, 2025, but has not received a call or text back. The probation officer has since discovered that Mr. Ramirez's phone number has been disconnected. Due to Mr. Ramirez not communicating with the probation officer after August 14, 2025, **his whereabouts are unknown, and he has made himself unavailable for supervision.**

**Violation 5 – The defendant shall cooperatively participate in a mental health treatment program, which may include inpatient treatment, and pay for treatment services, as directed by the probation officer.** *(Note: This special condition was added during a Judicial Compliance Review hearing on May 13, 2024.)*

Mr. Ramirez was referred to Genesis - A New Beginning for a mental health assessment on December 3, 2024. He completed the assessment on December 11, 2024, and was recommended to complete individual therapy twice a month. After attending two sessions in January and one session in February, he did not return after February 5, 2025. He was **unsuccessfully discharged** on May 30, 2025.

**RE: CRISTIAN GUTIERREZ RAMIREZ** 3

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be
      [X]   revoked.

I declare under penalty of perjury that the forgoing is true and correct.

Executed on   September 18, 2025

*Shaelynn Jones*
Shaelynn M. Jones
U.S. Probation Officer

Approved by:

*Stacey G. Burleyson*
Stacey G. Burleyson
Supervisory U.S. Probation Officer

September 18, 2025
Date